IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

v.

CHRISTOPHER LEE MCBEE,

Defendant.

CASE NO.: 2:95-cr-6-2

# O R D E R

Defendant Christopher McBee ("McBee") filed two 28 U.S.C. § 2255 Motions to Vacate, Set Aside, or Correct his Sentence.  Docs. 305, 306.  McBee now moves to dismiss his § 2255 Motions.  Docs. 308, 309.

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." See also Hernandez v. United States, Nos. 3:12-CV-1716, 3:08-CR-0268, 2103 WL 5490484, at *2 (N.D. Tex. Oct. 1, 2013) (applying Rule 41(a)(2) to a § 2255 motion).  Upon review, the Court GRANTS McBee's Motions to Dismiss and DISMISSES McBee's § 2255 Motions.  The Court DIRECTS the Clerk of Court to CLOSE this case and enter the appropriate judgment of dismissal.

SO ORDERED, this __12th__ day of March, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA